**DISMISS and Opinion Filed May 10, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-96-01637-CV

**WESTERN SECURED INVESTMENTS COMPANY, Appellant**

**V.**

**DALE MURPHREE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-94-10000-D**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

We reinstate this appeal. This case was abated in January 1997 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on April 30, 2001, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal for want of prosecution. *See id.* 42.3(b),(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

961637F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

WESTERN SECURED
INVESTMENTS COMPANY,
Appellant

No. 05-96-01637-CV        V.

DALE MURPHREE, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-94-10000-
D.

Opinion delivered by Justice
Schenck. Justices Reichek and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 10, 2021